IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA S. OSWALD, | ) | 8:13CV128 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| HAUGE ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's notice of dismissal (filing 9) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

June 13, 2013.                                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge